# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

George Joseph Armbruster, III
The Panagiotis Firm
1540 W. Pinhook Road
Lafayette LA 70503


**REHEARING ACTION: October 27, 2010**


**Docket Number: 10   00858-CW**

**MARY JAGNEAUX**
**VERSUS**
**LAFAYETTE CITY PARISH**
**CONSOLIDATED GOVERNMENT,**
**ET AL.**

**Writ Application from Lafayette Parish Case No. 2008-5013**


**BEFORE JUDGES**:

    **Hon. John D. Saunders**
    **Hon. J. David Painter**
    **Hon. David Ellis Chatelain**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lafayette City-Parish Consolidated Government** has this day

been

    **DENIED.**


cc: Robert Irwin Siegel, Counsel for the Applicant
    Rachel G. Webre, Counsel for the Applicant
    Sarah Miller Johnson, Counsel for the Applicant
    James Harvey Domengeaux, Counsel for  the Respondent